Exhibit B

## Claim Solutions

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

### Telecom Equipment

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 14. Detach two cell phone towers and all associated cabling | 1.00 EA | 175,000.00 | 0.00 | 35,000.00 | 210,000.00 | (0.00) | 210,000.00 |
| 15. Temporary Cell phone towers, erect and mobilize | 1.00 EA | 200,000.00 | 0.00 | 40,000.00 | 240,000.00 | (0.00) | 240,000.00 |
| **Totals: Telecom Equipment** | | | **0.00** | **75,000.00** | **450,000.00** | **0.00** | **450,000.00** |

### Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 20. Heritage Roofing Mitigation | 1.00 EA | 28,800.00 | 0.00 | 0.00 | 28,800.00 | (0.00) | 28,800.00 |
| Invoiced amount from Heritage Roofing for silicone roof coating to temporarily seal roof from leaking. | | | | | | | |
| **Totals: Mitigation** | | | **0.00** | **0.00** | **28,800.00** | **0.00** | **28,800.00** |
| **Line Item Totals: LAKE_PARK_CONDO** | | | **3,059.38** | **105,208.78** | **660,052.58** | **51,527.31** | **608,525.27** |

Exhibit A