Exhibit C

cjw associates
a sedgwick company
*The Art of Adjusting™*
1420 Edgewater Drive, Suite 200
Orlando, Florida 32804
Ph: 407-849-0044
Fax: 407-849-6710
Email: tpaclaims@cjw-assoc.com
Website: www.cjw-assoc.com

August 30, 2017

Furtado Law, PC.
3773 Cherry Creek North Drive, Suite 575
Denver CO, 80209

| | | |
|---|---|---|
| Re: | Insured: | LAKE PARK CONDOMINIUM ASSOC INC |
| | Policy #: | LSP1000270 |
| | Policy Dates: | 09/24/2016 - 09/24/2017 |
| | Date of Loss: | 05/08/2017 |
| | CJW File #: | 4138902 |
| | Location: | 3047 W 47th Ave. Denver, CO 80211 |

Dear Nathanael Archuleta:

With reference to the above captioned loss, CJW & Associates is the Third Party Claim Administrator, and is writing on behalf of the property coverage carried through Certain Underwriters at Lloyd's, London.

Please find enclosed a $50,000.00 advance payment toward the hail damage claim occurring on May 8th, 2017.

Please execute the attached sworn proof of loss and return as soon as possible.

If you have any questions or wish to discuss this please feel free to contact the undersigned at 813-695-3601. You may forward the executed Proof of Loss or any other supporting documents to RichardWalsh@CJW-Assoc.com, and reference your claim number above.

Kind Regards,

Richard Walsh
Account Manager

Enclosures:
Proof of Loss
Advance payment

SWORN STATEMENT IN PROOF OF LOSS
TO

$ 5,000,000.00
Amount of Policy at Time of Loss

LSP1000270
Policy Number

Denver CO
Agency At

Certain Underwriters at Lloyd's, London
INSURANCE COMPANY

Agency At

Assured Partners of Colorado
Agent

Agent

LAKE PARK CONDOMINIUM ASSOC INC
By the above indicated policy of insurance you insured
3047 W 47th Ave. Denver, CO 80211

4138902
CJW File#

against loss by All Risks upon the property described according to the terms and conditions of said policy and all forms, endorsements, transfers and assignments attached thereto.

**Time and Origin:** A Property Damage loss occurred about 0 o'clock ______, on the 8th day of May 2017. The cause and origin of said loss were: Hail Damage

**Property Involved in Claim:** Building

**Occupancy:** The building described, or containing the property described, was occupied at the time of loss as follows, and for no other purpose whatever: As residential condominiums

**Title and Interest:** At the time of the loss the interest of your insured in the property described therein was Owner. No other person or entity had any interest therein or incumbrance thereon, except

None

**Changes:** Since the above policy was issued there has been no change in title, use or possession of said property [e

None

Funded Via cash call

We received $50,000 cash call for this payment

The Total Insurance covering the described property including this policy and all other policies (whether valid or not), binders or agreements to was at time of loss $ 8,513,226.00

Full Replacement Cost of said property at time of loss $ 0.00

Full Cost of Repair or Replacement Advance $ 55,000.00

Applicable Depreciation $ ( 0.00)

[X] Actual Cash Value Loss [ ] Replacement Cost Loss $ 55,000.00

Less deductibles and/or participation by the insured $ ( 5,000.00)

[X] Actual Cash Value Loss [ ] Replacement Cost Loss $ 50,000.00

Supplement Claim, to be filed in accordance with the terms and conditions of the Replacement Cost Coverage within 0 days from date of loss will not exceed $ 0.00

This loss did not originate by any act, design or procurement of the insured, or this subscriber; nothing has been done by or with the privily or consent of the insured or this subscriber to violate the conditions of the policy; no articles are mentioned herein or in annexed schedules but such as were in the building damaged or destroyed, belonging to and in possession of the insured at the time of loss; no property saved has been concealed and no attempt to deceive the company has been made. Any other information that may be required will be furnished and considered a part of this proof.

It is expressly understood and agreed that the furnishing of this blank to the insured or the assistance of an adjuster, or any agent of the insurer in the making of this proof, is not a waiver of any rights of said insurer or of any of the conditions of this policy.

State of ______ Insured ______

County of ______ By ______
NAME TITLE

Subscribed and sworn to before me this ______ day of ______ 20 ____

______ Notary Public

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies."