Exhibit D

JS|HELD

## Attachment A - Detailed Estimate of Damages

13612 Midway Rd, Suite 608, Dallas, TX 75244 / 972.991.2200

### Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| CLEANING | 4,043.82 | | 4,043.82 |
| GENERAL DEMOLITION | 24,809.77 | | 24,809.77 |
| DRYWALL | 4,216.25 | 2,108.13 | 2,108.12 |
| HEAVY EQUIPMENT | 10,915.00 | | 10,915.00 |
| HAZARDOUS MATERIAL REMEDIATION | 24,983.00 | | 24,983.00 |
| INSULATION | 1,384.60 | 692.30 | 692.30 |
| LIGHT FIXTURES | 493.77 | | 493.77 |
| PAINTING | 3,587.95 | 627.80 | 2,960.15 |
| ROOFING | 177,869.92 | 89,753.83 | 88,116.09 |
| SOFFIT, FASCIA, & GUTTER | 3,216.00 | 1,608.00 | 1,608.00 |
| TEMPORARY REPAIRS | 300.00 | | 300.00 |
| WINDOW REGLAZING & REPAIR | 520.38 | 260.19 | 260.19 |
| WINDOWS - VINYL | 3,178.11 | 1,589.06 | 1,589.05 |
| O&P Items Subtotal | 259,518.57 | 96,639.31 | 162,879.26 |
| Material Sales Tax | 6,617.60 | 3,044.06 | 3,573.54 |
| Overhead | 26,613.64 | | 26,613.64 |
| Profit | 26,613.64 | | 26,613.64 |
| Total | 319,363.45 | 99,683.37 | 219,680.08 |