Exhibit E

HLF

# THE HUSTEAD LAW FIRM

*A Professional Corporation*
REGENCY PLAZA ONE
4643 SOUTH ULSTER STREET
SUITE 1250
DENVER, COLORADO 80237

PATRICK Q. HUSTEAD, ESQ.

TELEPHONE (303) 721-5000
TELECOPIER (303) 721-5001
WWW.THLF.COM

January 17, 2018

**Via Federal Express**

Nathanael Archuleta, Esq.
Furtado Law PC
3773 Cherry Creek Drive North, Suite 575
Denver, Colorado 80209

| | | |
|---|---|---|
| Re: | Insured: | Lake Park COA, Inc. ("Lake Park") |
| | Underwriters Policy No.: | LSP1000270 |
| | Date of Loss: | May 8, 2017 |
| | Our File Number: | 4600-306 |
| | Case No.: | 1:17-cv-02106-KLM |

Dear Mr. Archuleta:

As you know, this office represents Certain Underwriters at Lloyd's London Subscribing to Certificate No. LSP1000270 ("Underwriters LSP") in the above captioned claim and lawsuit. Enclosed please find Check No. 1017 in the amount of $119,680.08. This amount represents the net actual cash value payment of $169,680.08 after accounting for the deductible and the $50,000.00 advance payment tendered to your client on or about August 30, 2017. Included with the payment is a Sworn Statement in Proof of Loss ("Proof of Loss").

Please have your client execute and return the Proof of Loss no later than 5:00 PM on January 26, 2017. Recall that Underwriters LSP also enclosed a Proof of Loss with the $50,000 advance payment, but it has not been returned. Please have your client execute and return the August 30 proof of loss no later than 5:00 PM on January 26, 2017.

Also included with the payment is a copy of the November 14, 2017 JS Held Estimate, a copy of which we understand you have already received. Please confirm, in writing, whether Lake Park disputes anything contained in that estimate. Please also confirm whether Lake Park disputes Underwriters LSP's denial of coverage for damage to the fencing and an out-building/shed. We request this confirmation be provided in writing no later than 5:00 PM January 26, 2017. If Lake Park is disputing anything in the November 2017 estimate or the coverage determination for the fences and out-building, please provide the basis and any information/documents supporting the same.

We understand a dispute remains regarding coverage and the estimated cost to temporarily relocate the cell phone towers along with the associated equipment and cabling. Scott Benglen's March 2017 Estimate asserts it will cost $210,000.00 to detach the two cell phone towers and all associated cabling and another $240,000.00 to erect and mobilize temporary cell phone towers. These figures are not broken down nor explained any further nor have any documents been provided in support.

We understand that Byron Gilchrest, the field adjuster for Vericlaim involved in the claim, had discussions with Mr. Benglen in June 2017 about the cell tower estimate, including obtaining a copy of the pertinent contract(s) related to the cell towers. We did not receive the contracts until recently and, as explained below, what we received was insufficient. Further, it was Underwriters LSP's understanding from the June 2017 conversation that Mr. Benglen advised Mr. Gilchrest that T-Mobile would remove and re-install the cell towers at no cost to Lake Park. Please provide all communications between Mr. Benglen and T-Mobile on this issue.

We have recently spoken with Ken Kinnison (former T-Mobile rep) and James Moore (current T-Mobile rep) regarding the cell phone towers and equipment. They both wholeheartedly disagree with Mr. Benglen's $450,000 figure and assert it will cost no more than $25,000 to $50,000. They also assert temporary towers are not needed during repairs. Please provide all information supporting Mr. Benglen's position regarding the cell towers and equipment as soon as possible so we may better understand why he believes it will cost 9 to 18 times more than T-Mobile's representatives say it will.

Further, Mr. Kinnison stated he appeared at the site with 4 contractors to prepare a formal bid for the cell phone towers prior to the lawsuit being filed but Mike Lungaretti with Heritage Roofing no-showed. No other representative of Lake Park appeared and Mr. Kinnison was unable to prepare the bid. After the no-show, neither Mr. Kinnison nor Mr. Moore heard back from Mr. Lungaretti nor any other Lake Park representative to re-schedule the meeting.

To resolve the issue regarding the cost to relocate the towers during repairs, we need to schedule an on-site meeting involving representatives of Lake Park, Underwriters LSP, and T-Mobile. Please provide our office with a list of potential dates and times Lake Park will permit access to the property for the bid and related inspection no later than 5:00 PM January 26, 2017.

In addition, we need to determine whether the costs will be covered by T-Mobile or are covered under the policy. To do so, we still need a copy of the Rooftop Site Lease Agreement entered into by Voicestream PCS II Corporation and Lake Park in September 1999. The items recently produced by Lake Park (bates Lake Park_00306-344) do not contain a copy of the actual agreement. The signature page was provided along with exhibits and attachments, but not the

agreement itself. Since the agreement itself is the document establishing the parties' rights and duties, it is imperative a copy is provided.

Mr. Kinnison and Mr. Moore further explained the September 1999 agreement will dictate who must cover the cost of the cell towers during roof repairs. We understand you believe the Lease Assignment agreement between Lake Park and Md7 Capital Three, LLC dictates who will cover the costs related to the cell towers. Absent a copy of the underlying Rooftop Site Lease Agreement (which established the parties' rights and obligations) we cannot determine what rights and obligations were actually assigned and the rights and obligations in the Md7 Captial Three agreement lack proper context. Absent this information, a coverage determination cannot be made. Please produce a copy of the September 1999 Voicestream PCS II Corporation Rooftop Site Lease Agreement with Lake Park no later than 5:00 PM on January 26, 2017.

We also recently became aware of the existence of a service agreement and easement for broadband communications equipment at the Lake Park property dated June 2006. The agreement and easement involved Mile Hi Cable Partners, LP ("Mile Hi Cable"). Please confirm whether the agreement and easement with Mile Hi Cable are in any way related to the cell towers. Further, please confirm whether Lake Park is pursuing a claim for damages related to the broadband communications equipment. Please also produce copies of the Service Agreement and easement as soon as possible to allow us to continue to investigate the cell tower issue.

Finally, you informed Connor Cantrell and Ryan Hicks of Lake Park's intent to make a claim for damaged windows related to the May 8, 2017 storm just prior to the Scheduling Conference with Magistrate Mix. To allow Underwriters LSP to adequately investigate the window claim, please provide all documents supporting the existence of damage and cost to repair the windows. Additionally, we will need to schedule an on-site inspection to investigate the windows allegedly damaged and to begin preparing an estimate for the repairs, assuming windows are covered and actually damaged.

To aid in determining whether the windows are covered, please provide us with the unit number of each individual condo claiming broken or damaged windows, provide the name and contact information for the unit owner, and provide a copy of each unit owner's individual insurance policy as soon as possible.

We will continue investigating the disputed portions of the claim but require the full cooperation of Lake Park to do so. Underwriters LSP cannot be held responsible for any delays created by Lake Park's failure to fully cooperate.

THE HUSTEAD LAW FIRM
*A Professional Corporation*



Thank you for your attention to this matter. If you have any questions, please do not hesitate to contact me. We write this reserving all rights and defenses available to Underwriters LSP either at law or in equity.

Best Regards,

THE HUSTEAD LAW FIRM
*A Professional Corporation*

Patrick Q. Hustead, Esq.

Enclosures

cc: Connor Cantrell, Esq.
Ryan M. Hicks, Esq.

POLICY NUMBER LSP1000270
CJW CLAIM NO. 4138902
CAT 1732
DATE OF LOSS 05/08/2017
AMOUNT $119,680.08
INSURED LAKE PARK CONDOMINIUM ASSOC IN
ADJUSTER Richard Walsh

VENDOR#

MAIL TO
The Hustead Law Firm
Attn: Connor L Cantrell Esq.
4643 S. Ulster St. Suite # 1250
Denver, CO 80237

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

Cramer Johnson Wiggins & Assoc.
on behalf of ADV Pioneer Liberty D014/16
1420 EDGEWATER DRIVE
ORLANDO, FL 32804

Fifth Third Bank
1401 Lee Road
Orlando, Florida 32860

63-993/631
11

CHECK NUMBER 1017

| CLAIM NO. | INSURED | DATE OF LOSS | POLICY NUMBER | DATE ISSUED |
|---|---|---|---|---|
| 4138902 | LAKE PARK CONDOMINIUM ASSOC IN | 05/08/2017 | LSP1000270 | 01/16/2018 |

FOR: Net Actual Cash Value supplemental payment

VOID AFTER 90 DAYS

PAY: One Hundred Nineteen Thousand Six Hundred Eighty & 08/100 Dollars

AMOUNT
$119,680.08

PAY TO THE ORDER OF LAKE PARK CONDOMINIUM ASSOC INC

RUB RED IMAGE FADES WITH HEAT

AUTHORIZED SIGNATURE

THE BACK OF THIS DOCUMENT CONTAINS CHECK SECURITY WATERMARK AND COIN REACTIVE INK

⑈01017⑈ ⑆063109935⑆ 7442743691⑈

# SWORN STATEMENT IN PROOF OF LOSS
TO

$ 5,000,000.00
Amount of Policy at Time of Loss

LSP1000270
Policy Number

Denver CO
Agency At

Certain Underwriters at Lloyd's, London

Agency At

Assured Partners of Colorado
Agent

INSURANCE COMPANY

Agent

LAKE PARK CONDOMINIUM ASSOC INC
By the above indicated policy of insurance you insured
3047 W 47th Ave. Denver, CO 80211

4138902
CJW File#

against loss by All Risks upon the property described according to the terms and conditions of said policy and all forms, endorsements, transfers and assignments attached thereto.

**Time and Origin:** A Property Damage loss occurred about 0 o'clock ______, on the 8th day of May 2017. The cause and origin of said loss were: Hail Damage

**Property Involved in Claim:** Building

**Occupancy:** The building described, or containing the property described, was occupied at the time of loss as follows, and for no other purpose whatever: As residential condominiums

**Title and Interest:** At the time of the loss the interest of your insured in the property described therein was Owner. No other person or entity had any interest therein or incumbrance thereon, except None

**Changes:** Since the above policy was issued there has been no change in title, use or possession of said property except: None

The Total Insurance covering the described property including this policy and all other policies (whether valid or not), binders or agreements to was at time of loss $ 8,513,226.00

Full Replacement Cost of said property at time of loss $ 0.00

Full Cost of Repair or Replacement — Building $ 319,363.45

Applicable Depreciation $ ( 99,683.37 )

[X] Actual Cash Value Loss [ ] Replacement Cost Loss $ 219,680.08

Less deductibles and/or participation by the insured $ ( 100,000.00 )

[X] Actual Cash Value Loss [ ] Replacement Cost Loss $ 119,680.08

Supplement Claim, to be filed in accordance with the terms and conditions of the Replacement Cost Coverage within 0 days from date of loss will not exceed $ 99,683.37

This loss did not originate by any act, design or procurement of the insured, or this subscriber; nothing has been done by or with the privity or consent of the insured or this subscriber to violate the conditions of the policy; no articles are mentioned herein or in annexed schedules but such as were in the building damaged or destroyed, belonging to and in possession of the insured at the time of loss; no property saved has been concealed and no attempt to deceive the company has been made. Any other information that may be required will be furnished and considered a part of this proof.

It is expressly understood and agreed that the furnishing of this blank to the insured or the assistance of an adjuster, or any agent of the insurer in the making of this proof, is not a waiver of any rights of said insurer or of any of the conditions of this policy.

State of __________ Insured __________

County of __________ By __________

NAME TITLE

Subscribed and sworn to before me this ______ day of ______ 20___

__________ Notary Public

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado division of insurance within the department of regulatory agencies."

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244 / 972.991.2200

| | | | |
|---|---|---|---|
| Client: | Lake Park Condo HOA | Business: | (303) 433-2325 |
| Property: | 3047 W 47th Ave<br>Denver, CO 80211 | | |
| Operator: | JCRITCH | | |
| Estimator: | John Critch | Cellular: | (469) 766-4257 |
| Position: | Director | E-mail: | jcritch@jsheld.com |
| Company: | J.S. Held | | |
| Business: | 13612 Midway Rd, Suite 608<br>Dallas, TX 75224 | | |
| Type of Estimate: | Hail | | |
| Date Entered: | 9/11/2017 | Date Assigned: | 7/19/2017 |
| Date Est. Completed: | 9/11/2017 | Date Job Completed: | |
| Price List: | CODE8X_JUL17 | | |
| Labor Efficiency: | Restoration/Service/Remodel | | |
| Estimate: | 2017-11-14-1409793 | | |
| File Number: | 1409793 | | |

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244 / 972.991.2200

J.S. Held Job #1409793

This estimate is based on a site inspections performed by Shawn Bailey and John Critch of J.S. Held, LLC on July 13, 2017 and July 14, 2017. This opinion of probable cost is based on the level of detail of "as-built" conditions provided to us by site inspections. We have not been provided any plans for this building. An inspection of the roof and surrounding areas was performed to discuss, identify and assess damages associated with the hail storm.

J.S. Held's inspection was completed to assess, document, measure and scope damages in order to prepare a repair estimate for hail related damages.

General Building Description: Lake Park Condos was completed in the early 1970's in Denver's booming Berkeley neighborhood, within walking distance to Rocky Mountain Lake Park, and a short drive or bike ride to the Highlands. The 5-6 story exterior consisted of a concrete slab foundation, with wall and roofing structures that were wood framed, non-fire resistive construction. Exterior walls were brick veneered with a non-fire resistive, wood joisted roofing system that consisted of 30-year, composite laminated asphalt shingles on the outboard side and a 3-ply built-up roofing membrane with a worn elastomeric coating (reflective silver) on the inboard side. The two flat roofs were both TPO membrane roof systems over a previous 3-ply built-up roofing system.

Cause of damage: Hail

Scope recap: Removal and replacement of the laminated composite shingled / 3-ply built-up / TPO'd roofing systems to prevent further damage to the interior living spaces. Should the policy dictate that repairs for aesthetic reasons are allowed then the ancillary items noted in this estimate will need to be repaired or replaced in kind. The estimate does include code upgrades since the City of Denver, CO stated that they enforce the IECC 2015 edition.

This opinion reflects J.S. Held's assumption of the pre-loss configuration. The pricing contemplates the use of contemporary materials of "like, kind and quality". Furthermore, this evaluation is governed by the following assumptions and exclusions.

Assumptions:
- Access given by insured
- Field Measurements

Exclusions:
- Architectural and/or Engineering Fees
- Project Management / Owner Representative Fees

This estimate is subject to review by the Insurance Carrier(s) per contract/policy terms and conditions.

J.S. Held recommends that all costs that are anticipated to be part of the claim are submitted for review prior to executing contracts. To the extent that repair costs proceed on a time and materials basis, we recommend that that the adjustment team monitor these repairs and that the insured keep appropriate records, sign in sheets and documentation of these repairs.

This document is prepared for the adjustment team. Reliance upon this document are for the sole use of the intended recipients. J.S. Held LLC reserves the right to change their opinion should further information become available following the preparation of this presentation.

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244 / 972.991.2200

**2017-11-14-1409793**

**Temporary Repairs**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Clean with pressure/chemical spray | 12,254.00 SF | 0.33 | 9.37 | 810.64 | 4,863.83 | (0.00) | 4,863.83 |
| * Damaged surface would need to be cleaned to ensure proper adhesion of silicone based top coat system. | | | | | | | |
| Spray Polyurethane Foam Roofing (SPF), Spray on Silicone Coating (Topcoat)* | 12,254.00 SF | 1.91 | 1,424.90 | 4,966.00 | 29,796.04 | (0.00) | 29,796.04 |
| * Cost data gathered from RSMeans Online because Xactimate does not have specific pricing for silicone top coat over SPF. | | | | | | | |
| Boom lift - 50'-60' reach | 3.00 DA | 385.00 | 0.00 | 231.00 | 1,386.00 | (0.00) | 1,386.00 |
| * To be used to board up damaged windows (13 total) on multiple sides of the loss location. | | | | | | | |
| Rental equipment delivery (Bid Item) | 1.00 EA | 150.00 | 0.00 | 30.00 | 180.00 | (0.00) | 180.00 |
| Board-up windows and doors | 200.00 SF | 1.50 | 9.33 | 61.86 | 371.19 | (0.00) | 371.19 |
| **Totals: Temporary Repairs** | | | **1,443.60** | **6,099.50** | **36,597.06** | **0.00** | **36,597.06** |

**Mansard Roof**

**Shingled Side**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Remove Laminated - comp. shingle rfg. - w/ felt | 40.13 SQ | 51.30 | 0.00 | 411.74 | 2,470.41 | (0.00) | 2,470.41 |
| Remove Additional charge for high roof (2 stories or greater) | 40.13 SQ | 4.86 | 0.00 | 39.00 | 234.03 | (0.00) | 234.03 |
| Remove Additional charge for steep roof - 10/12 - 12/12 slope | 40.13 SQ | 18.84 | 0.00 | 151.22 | 907.27 | (0.00) | 907.27 |
| Drip edge | 739.00 LF | 1.95 | 34.49 | 295.12 | 1,770.66 | (737.78) | 1,032.88 |
| Valley metal | 105.00 LF | 4.58 | 12.85 | 98.76 | 592.51 | (246.88) | 345.63 |
| Flashing, 14" wide | 207.00 LF | 3.22 | 16.94 | 136.68 | 820.16 | (341.74) | 478.42 |
| Step flashing | 39.00 LF | 8.79 | 4.89 | 69.54 | 417.24 | (173.86) | 243.38 |
| Ice & water shield | 4,013.00 SF | 1.65 | 119.73 | 1,348.24 | 8,089.42 | (3,370.60) | 4,718.82 |
| Asphalt starter - laminated double layer starter | 739.00 LF | 4.44 | 121.55 | 680.56 | 4,083.27 | (1,701.36) | 2,381.91 |
| Laminated - comp. shingle rfg. - w/ felt | 46.33 SQ | 228.59 | 373.03 | 2,192.72 | 13,156.32 | (5,481.81) | 7,674.51 |
| Additional charge for steep roof - 10/12 - 12/12 slope | 40.13 SQ | 59.02 | 0.00 | 473.70 | 2,842.17 | (1,184.24) | 1,657.93 |
| Additional charge for high roof (2 stories or greater) | 40.13 SQ | 16.59 | 0.00 | 133.16 | 798.92 | (332.88) | 466.04 |
| Ridge cap - composition shingles | 608.00 LF | 3.72 | 48.37 | 462.04 | 2,772.17 | (1,155.07) | 1,617.10 |
| **Totals: Shingled Side** | | | **731.85** | **6,492.48** | **38,954.55** | **14,726.22** | **24,228.33** |

**Membrane Side**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Remove Built-up 3 ply roofing - in place | 34.32 SQ | 49.76 | 0.00 | 341.56 | 2,049.32 | (0.00) | 2,049.32 |
| Remove Additional charge for high roof (2 stories or greater) | 34.32 SQ | 4.86 | 0.00 | 33.36 | 200.16 | (0.00) | 200.16 |
| Built-up 3 ply roofing - in place | 34.32 SQ | 292.86 | 242.75 | 2,058.76 | 12,352.47 | (5,146.86) | 7,205.61 |
| Additional charge for high roof (2 stories or greater) | 34.32 SQ | 16.59 | 0.00 | 113.88 | 683.25 | (284.69) | 398.56 |
| **Totals: Membrane Side** | | | **242.75** | **2,547.56** | **15,285.20** | **5,431.55** | **9,853.65** |

**Equipment Needs**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Boom lift - 50'-60' reach | 10.00 DA | 385.00 | 0.00 | 770.00 | 4,620.00 | (0.00) | 4,620.00 |
| Debris chute w/ hopper - upto 100 lf (Bid Item)* | 1.00 EA | 1,250.00 | 0.00 | 250.00 | 1,500.00 | (0.00) | 1,500.00 |
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA | 662.39 | 0.00 | 132.48 | 794.87 | (0.00) | 794.87 |
| **Totals: Equipment Needs** | | | **0.00** | **1,152.48** | **6,914.87** | **0.00** | **6,914.87** |
| **Total: Mansard Roof** | | | **974.60** | **10,192.52** | **61,154.62** | **20,157.77** | **40,996.85** |

**Flat Roof**

**Upper Roof Section**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Remove Single ply membrane - Fully adhered system - 60 mil | 59.68 SQ | 65.51 | 0.00 | 781.92 | 4,691.56 | (0.00) | 4,691.56 |
| Remove Fiberboard - 1/2" | 5,968.00 SF | 0.38 | 0.00 | 453.56 | 2,721.40 | (0.00) | 2,721.40 |
| Remove Insulation - ISO board, 1 1/2" | 59.68 SQ | 34.70 | 0.00 | 414.18 | 2,485.08 | (0.00) | 2,485.08 |
| Remove Built-up 3 ply roofing - in place | 59.68 SQ | 49.76 | 0.00 | 593.94 | 3,563.62 | (0.00) | 3,563.62 |
| Remove Additional charge for high roof (2 stories or greater) | 59.68 SQ | 4.86 | 0.00 | 58.00 | 348.04 | (0.00) | 348.04 |
| Insulation - ISO board, 1 1/2" | 59.68 SQ | 196.76 | 348.76 | 2,418.28 | 14,509.68 | (6,045.70) | 8,463.98 |
| Fiberboard - 1/2" | 5,968.00 SF | 0.82 | 118.70 | 1,002.50 | 6,014.96 | (2,506.23) | 3,508.73 |
| Single ply membrane - Fully adhered system - 60 mil | 59.68 SQ | 415.18 | 825.03 | 5,120.58 | 30,723.55 | (12,801.49) | 17,922.06 |
| Additional charge for high roof (2 stories or greater) | 59.68 SQ | 16.59 | 0.00 | 198.02 | 1,188.11 | (495.05) | 693.06 |
| Roof drain cover - Detach & reset | 3.00 EA | 41.14 | 0.00 | 24.68 | 148.10 | (61.71) | 86.39 |
| Drip edge/gutter apron | 248.00 LF | 2.10 | 14.42 | 107.04 | 642.26 | (267.61) | 374.65 |

### CONTINUED - Upper Roof Section

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Flat roof exhaust vent / cap - gooseneck 8" | 8.00 EA | 69.91 | 16.52 | 115.16 | 690.96 | <287.90> | 403.06 |
| Flat roof exhaust vent / cap - gooseneck 12" | 3.00 EA | 80.91 | 8.72 | 50.28 | 301.73 | <125.73> | 176.00 |
| Roofing - walkway boards | 748.00 SF | 3.68 | 76.68 | 565.86 | 3,395.18 | (1,414.66) | 1,980.52 |
| RoofTop Boiler Flue* | 1.00 EA | 1,750.00 | 0.00 | 350.00 | 2,100.00 | <875.00> | 1,225.00 |
| * 36" x 12' Galvanized sheet metal boiler flue w/ cap, special order only. | | | | | | | |
| **Totals: Upper Roof Section** | | | **1,408.83** | **12,254.00** | **73,524.23** | **24,881.08** | **48,643.15** |

### Lower Roof Section

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Remove Single ply membrane - Fully adhered system - 60 mil | 28.54 SQ | 65.51 | 0.00 | 373.94 | 2,243.60 | (0.00) | 2,243.60 |
| Remove Fiberboard - 1/2" | 2,854.00 SF | 0.38 | 0.00 | 216.90 | 1,301.42 | (0.00) | 1,301.42 |
| Remove Insulation - ISO board, 1 1/2" | 28.54 SQ | 34.70 | 0.00 | 198.06 | 1,188.40 | (0.00) | 1,188.40 |
| Remove Additional charge for high roof (2 stories or greater) | 28.54 SQ | 4.86 | 0.00 | 27.74 | 166.44 | (0.00) | 166.44 |
| Insulation - ISO board, 1 1/2" | 28.54 SQ | 196.76 | 166.78 | 1,156.46 | 6,938.77 | (867.35) | 6,071.42 |
| Fiberboard - 1/2" | 2,854.00 SF | 0.82 | 56.77 | 479.42 | 2,876.47 | (359.56) | 2,516.91 |
| Single ply membrane - Fully adhered system - 60 mil | 28.54 SQ | 415.18 | 394.55 | 2,448.76 | 14,692.55 | (1,836.57) | 12,855.98 |
| Additional charge for high roof (2 stories or greater) | 28.54 SQ | 16.59 | 0.00 | 94.70 | 568.18 | (71.02) | 497.16 |
| Roof drain cover - Detach & reset | 2.00 EA | 41.14 | 0.00 | 16.46 | 98.74 | (12.34) | 86.40 |
| Drip edge/gutter apron | 263.00 LF | 2.10 | 15.29 | 113.52 | 681.11 | (85.14) | 595.97 |
| Exhaust cap - through flat roof | 7.00 EA | 104.17 | 37.73 | 153.38 | 920.30 | (115.04) | 805.26 |
| Roofing - walkway boards | 789.00 SF | 3.68 | 80.88 | 596.88 | 3,581.28 | (447.66) | 3,133.62 |
| **Totals: Lower Roof Section** | | | **752.00** | **5,876.22** | **35,257.26** | **3,794.68** | **31,462.58** |

### Code Upgrade Requirements for Re-Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Upper Roof Insulation Requirements - ISO board, 2" x 2 Layers to Achieve 4" Total* | 119.63 SQ | 238.95 | 999.91 | 5,917.10 | 35,502.60 | (29,585.50) | 5,917.10 |

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244 / 972.991.2200

**CONTINUED - Code Upgrade Requirements for Re-Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

* Long Term Thermal Resistance (LTTR) or R-Value = 30 minimum for Zone 5B (Denver, CO) achieved using GAF ENERGYGUARD™ NH POLYISO INSULATION or similar. Code enforcement as shown below and w/ included illustrations.

**C402.1.3 Insulation component R -value-based method**

Building thermal envelope opaque assemblies shall meet the requirements of Sections C402.2 and C402.4 based on the climate zone specified in Chapter 3. For opaque portions of the building thermal envelope intended to comply on an insulation component R-value basis, the *R*-values for insulation in framing cavities, where required, and for continuous insulation, where required, shall be not less than that specified in Table C402.1.3, based on the climate zone specified in Chapter 3. Commercial buildings or portions of commercial buildings enclosing Group R occupancies shall use the *R*-values from the "Group R" column of Table C402.1.3. Commercial buildings or portions of commercial buildings enclosing occupancies other than Group R shall use the R-values from the "All other" column of Table C402.1.3. The thermal resistance or *R*-value of the insulating material installed continuously within or on the below-grade exterior walls of the building envelope required in accordance with Table C402.1.3 shall extend to a depth of not less than 10 feet (3048 mm) below the outside finished ground level, or to the level of the lowest floor of the conditioned space enclosed by the below grade wall, whichever is less. Opaque swinging doors shall comply with Table C402.1.4 and opaque non-swinging doors shall comply with Table C402.1.3.

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Lower Roof Insulation Requirements - ISO board, 2" x 2 Layers to Achieve 4" Total* | 57.08 SQ | 238.95 | 477.10 | 2,823.28 | 16,939.65 | (14,116.37) | 2,823.28 |

* Long Term Thermal Resistance (LTTR) or R-Value = 30 minimum for Zone 5B achieved using GAF ENERGYGUARD™ NH POLYISO INSULATION or similar. Code enforcement as shown below and w/ included illustrations.

**C402.1.3 Insulation component R -value-based method**

Building thermal envelope opaque assemblies shall meet the requirements of Sections C402.2 and C402.4 based on the climate zone specified in Chapter 3. For opaque portions of the building thermal envelope intended to comply on an insulation component R-value basis, the *R*-values for insulation in framing cavities, where required, and for continuous insulation, where required, shall be not less than that specified in Table C402.1.3, based on the climate zone specified in Chapter 3. Commercial buildings or portions of commercial buildings enclosing Group R occupancies shall use the *R*-values from the "Group R" column of Table C402.1.3. Commercial buildings or portions of commercial buildings enclosing occupancies other than Group R shall use the R-values from the "All other" column of Table C402.1.3. The thermal resistance or *R*-value of the insulating material installed continuously within or on the below-grade exterior walls of the building envelope required in accordance with Table C402.1.3 shall extend to a depth of not less than 10 feet (3048 mm) below the outside finished ground level, or to the level of the lowest floor of the conditioned space enclosed by the below grade wall, whichever is less. Opaque swinging doors shall comply with Table C402.1.4 and opaque non-swinging doors shall comply with Table C402.1.3.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Totals: Code Upgrade Requirements for Re-Roof** | | | **1,477.01** | **8,740.38** | **52,442.25** | **43,701.87** | **8,740.38** |

**Equipment Needs**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Crane and operator - 50 ton capacity | 32.00 HR | 180.00 | 0.00 | 1,152.00 | 6,912.00 | (0.00) | 6,912.00 |
| * To be used for material delivery to high point on roof. | | | | | | | |
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA | 662.39 | 0.00 | 264.96 | 1,589.74 | (0.00) | 1,589.74 |
| **Totals: Equipment Needs** | | | **0.00** | **1,416.96** | **8,501.74** | **0.00** | **8,501.74** |
| **Total: Flat Roof** | | | **3,637.84** | **28,287.56** | **169,725.48** | **72,377.63** | **97,347.85** |

### Exterior

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R Gutter / downspout - aluminum - up to 5" | 600.00 LF | 5.79 | 95.47 | 713.90 | 4,283.37 | (1,655.74) | 2,627.63 |
| R&R Vinyl window - double hung, 9-12 sf | 13.00 EA | 263.84 | 184.43 | 722.86 | 4,337.21 | (1,681.28) | 2,655.93 |
| R&R Window screen, 1 - 9 SF | 14.00 EA | 40.41 | 35.59 | 120.28 | 721.61 | (277.99) | 443.62 |
| **Totals: Exterior** | | | **315.49** | **1,557.04** | **9,342.19** | **3,615.01** | **5,727.18** |

### Interior 5th Floor

### Hallway

**Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R 1/2" acoustic drywall - hung, taped, ready for texture | 220.00 SF | 3.97 | 35.34 | 181.74 | 1,090.48 | (414.77) | 675.71 |
| Acoustic ceiling (popcorn) texture | 220.00 SF | 0.72 | 1.01 | 31.88 | 191.29 | (79.71) | 111.58 |
| Seal/prime then paint the surface area (2 coats) | 220.00 SF | 0.73 | 2.52 | 32.62 | 195.74 | (81.56) | 114.18 |
| Paint the surface area - two coats | 640.00 SF | 0.73 | 9.30 | 95.30 | 571.80 | (238.25) | 333.55 |
| Blown-in insulation - 12" depth - R30 | 220.00 SF | 0.92 | 10.10 | 42.50 | 255.00 | (106.25) | 148.75 |
| **Total: Hallway** | | | **58.27** | **384.04** | **2,304.31** | **920.54** | **1,383.77** |

### Asbestos Abatement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Hazardous Material / Asbestos Abatement (Bid Item)* | 220.00 SF | 16.60 | 0.00 | 730.40 | 4,382.40 | (0.00) | 4,382.40 |
| **Totals: Asbestos Abatement** | | | **0.00** | **730.40** | **4,382.40** | **0.00** | **4,382.40** |
| **Total: Hallway** | | | **58.27** | **1,114.44** | **6,686.71** | **920.54** | **5,766.17** |
| **Total: Interior 5th Floor** | | | **58.27** | **1,114.44** | **6,686.71** | **920.54** | **5,766.17** |

### Interior 6th Floor

### Hallway

**Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|

**CONTINUED - Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R 1/2" acoustic drywall - hung, taped, ready for texture | 220.00 SF | 3.97 | 35.34 | 181.74 | 1,090.48 | (414.77) | 675.71 |
| Acoustic ceiling (popcorn) texture | 220.00 SF | 0.72 | 1.01 | 31.88 | 191.29 | (79.71) | 111.58 |
| Detach & Reset Recessed light fixture - Standard grade | 4.00 EA | 91.11 | 0.00 | 72.88 | 437.32 | (0.00) | 437.32 |
| Light fixture - Detach & reset | 3.00 EA | 43.11 | 0.00 | 25.86 | 155.19 | (0.00) | 155.19 |
| Seal/prime then paint the surface area (2 coats) | 220.00 SF | 0.73 | 2.52 | 32.62 | 195.74 | (81.56) | 114.18 |
| Paint the surface area - two coats | 640.00 SF | 0.73 | 9.30 | 95.30 | 571.80 | (238.25) | 333.55 |
| Blown-in insulation - 12" depth - R30 | 220.00 SF | 0.92 | 10.10 | 42.50 | 255.00 | (106.25) | 148.75 |
| **Total: Hallway** | | | **58.27** | **482.78** | **2,896.82** | **920.54** | **1,976.28** |

**Asbestos Abatement**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Hazardous Material / Asbestos Abatement (Bid Item)* | 220.00 SF | 16.60 | 0.00 | 730.40 | 4,382.40 | (0.00) | 4,382.40 |
| **Totals: Asbestos Abatement** | | | **0.00** | **730.40** | **4,382.40** | **0.00** | **4,382.40** |
| **Total: Hallway** | | | **58.27** | **1,213.18** | **7,279.22** | **920.54** | **6,358.68** |

**Unit 605**

**Unit 605**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 600.00 SF | 2.08 | 22.03 | 254.00 | 1,524.03 | (527.02) | 997.01 |
| Blown-in insulation - 12" depth - R30 | 600.00 SF | 0.92 | 27.54 | 115.90 | 695.44 | (289.77) | 405.67 |
| Texture drywall - light hand texture | 600.00 SF | 0.45 | 2.75 | 54.56 | 327.31 | (136.38) | 190.93 |
| Seal/prime then paint the surface area (2 coats) | 600.00 SF | 0.73 | 6.89 | 88.98 | 533.87 | (0.00) | 533.87 |
| Seal/prime then paint the surface area (2 coats) | 1,200.00 SF | 0.73 | 13.77 | 177.96 | 1,067.73 | (0.00) | 1,067.73 |
| **Total: Unit 605** | | | **72.98** | **691.40** | **4,148.38** | **953.17** | **3,195.21** |

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244 / 972.991.2200

**Asbestos Abatement**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Hazardous Material / Asbestos Abatement (Bid Item)* | 600.00 SF | 16.60 | 0.00 | 1,992.00 | 11,952.00 | (0.00) | 11,952.00 |
| **Totals: Asbestos Abatement** | | | **0.00** | **1,992.00** | **11,952.00** | **0.00** | **11,952.00** |
| **Total: Unit 605** | | | **72.98** | **2,683.40** | **16,100.38** | **953.17** | **15,147.21** |

**Unit 606**

**Unit 606**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 465.00 SF | 2.08 | 17.07 | 196.86 | 1,181.13 | (408.44) | 772.69 |
| Blown-in insulation - 12" depth - R30 | 465.00 SF | 0.92 | 21.34 | 89.82 | 538.96 | (224.57) | 314.39 |
| Texture drywall - light hand texture | 465.00 SF | 0.45 | 2.13 | 42.28 | 253.66 | (105.70) | 147.96 |
| Seal/prime then paint the surface area (2 coats) | 465.00 SF | 0.73 | 5.34 | 68.96 | 413.75 | (0.00) | 413.75 |
| Seal/prime then paint the surface area (2 coats) | 930.00 SF | 0.73 | 10.67 | 137.92 | 827.49 | (0.00) | 827.49 |
| **Total: Unit 606** | | | **56.55** | **535.84** | **3,214.99** | **738.71** | **2,476.28** |

**Asbestos Abatement**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Hazardous Material / Asbestos Abatement (Bid Item)* | 465.00 SF | 16.60 | 0.00 | 1,543.80 | 9,262.80 | (0.00) | 9,262.80 |
| **Totals: Asbestos Abatement** | | | **0.00** | **1,543.80** | **9,262.80** | **0.00** | **9,262.80** |
| **Total: Unit 606** | | | **56.55** | **2,079.64** | **12,477.79** | **738.71** | **11,739.08** |
| **Total: Interior 6th Floor** | | | **187.80** | **5,976.22** | **35,857.39** | **2,612.42** | **33,244.97** |
| **Line Item Totals: 2017-11-14-1409793** | | | **6,617.60** | **53,227.28** | **319,363.45** | **99,683.37** | **219,680.08** |

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244 / 972.991.2200

## Summary

| | |
|---|---|
| Line Item Total | 259,518.57 |
| Material Sales Tax | 6,617.60 |
| Subtotal | 266,136.17 |
| Overhead | 26,613.64 |
| Profit | 26,613.64 |
| **Replacement Cost Value** | **$319,363.45** |
| Less Depreciation | (99,683.37) |
| **Actual Cash Value** | **$219,680.08** |
| Less Deductible | (50,000.00) |
| **Net Claim** | **$169,680.08** |
| Total Depreciation | 99,683.37 |
| Less Non-Recoverable Depreciation | <1,288.63> |
| Total Recoverable Depreciation | 98,394.74 |
| **Net Claim if Depreciation is Recovered** | **$268,074.82** |

John Critch
Director

FedEx Shipment Receipt

**Address Information**

| Ship to: | Ship from: |
|---|---|
| Furtado Law PC | Joyce M. Vigil, Paralegal |
| Nathanael Archuleta, Esq. | The Hustead Law Firm |
| 3773 Cherry Creek Drive North | 4643 S. Ulster St. |
| Suite 575 | Suite 1250 |
| DENVER, CO | Denver, CO |
| 80209 | 80237 |
| US | US |
| 303.755.2929 | 3037215000 |

**Shipment Information:**
Tracking no.: 771243072889
Ship date: 01/17/2018
Estimated shipping charges: 18.16 USD

**Package Information**
Pricing option: FedEx Standard Rate
Service type: Priority Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1 LBS
Declared Value: 0.00 USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: The Hustead Law Firm-752
Your reference: 4600.0306
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

Ex.

**IMPORTANT!**
**FedEx is closely monitoring the winter storms across the U.S.** Learn More

# FedEx ® Tracking

**771243072889**

Ship date:
**Wed 1/17/2018**

**The Hustead Law Firm**
Joyce M. Vigil, Paralegal
Suite 1250
4643 S. Ulster St.
Denver, CO US 80237
303 721-5000

**Delivered**

*Signed for by: M.COLBURN*



Actual delivery:
**Thu 1/18/2018 9:46 am**

Suite 575
3773 Cherry Creek Drive North
DENVER, CO US 80209

## Travel History

| ▲ Date/Time | Activity | Location |
|---|---|---|
| - 1/18/2018 - Thursday | | |
| 9:46 am | Delivered | DENVER, CO |
| 8:21 am | On FedEx vehicle for delivery | LITTLETON, CO |
| 7:41 am | At local FedEx facility | LITTLETON, CO |
| 12:17 am | At local FedEx facility | DENVER, CO |
| - 1/17/2018 - Wednesday | | |
| 8:07 pm | At destination sort facility | DENVER, CO |
| 7:32 pm | Left FedEx origin facility | ENGLEWOOD, CO |
| 6:43 pm | Shipment information sent to FedEx | |
| 6:19 pm | Picked up | ENGLEWOOD, CO |

## Shipment Facts

| | | | |
|---|---|---|---|
| **Tracking Number** | 771243072889 | **Service** | FedEx Priority Overnight |
| **Weight** | 0.5 lbs / 0.23 kgs | **Delivery attempts** | 1 |
| **Delivered To** | Receptionist/Front Desk | **Total pieces** | 1 |
| **Total shipment weight** | 0.5 lbs / 0.23 kgs | **Terms** | Not Available |
| **Shipper reference** | 4600.0306 | **Packaging** | FedEx Envelope |
| **Special handling section** | Deliver Weekday | **Standard transit** ? | 1/18/2018 by 10:30 am |

Ask FedEx

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog

Corporate Responsibility

Newsroom

Contact Us

**MORE FROM FEDEX**

FedEx Compatible