Exhibit F

## Claim Solutions

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

Insured: Lake Park Condominium Association
Property: 3047 W 47th Ave.
Denver, CO 80211

Claim Rep.: Scott Benglen
Company: Claim Solutions
Business: 20775 Parker Vista Court
Parker, CO 80138
Business: (303) 596-6043
E-mail: sbenglen@gmail.com

Estimator: Scott Benglen
Company: Claim Solutions
Business: 20775 Parker Vista Court
Parker, CO 80138
Business: (303) 596-6043
E-mail: sbenglen@gmail.com

**Claim Number:** QCC17751340 **Policy Number:** **Type of Loss:** Hail

Date of Loss: 5/8/2017
Date Inspected:
Date Received:
Date Entered: 1/25/2018 10:36 AM

Price List: CODE8X_JUN17
Restoration/Service/Remodel
Estimate: LAKE_PARK_2017

This estimate reflects our understanding and scoping of this loss at the time of our inspection.

We reserve our rights to revise this estimate anytime additional information becomes available.

**Claim Solutions**

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

**LAKE_PARK_2017**

## General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. General Condition on Commercial Project | 1.00 EA | 32,000.00 | 0.00 | 0.00 | 32,000.00 | (0.00) | 32,000.00 |
| General Conditions for commercial project calculated at 10% of project value to include: Commercial supervision, onsite storage container, OSHA overhead safety protection, OHSA site specific safety plan, temporary toilet, taxes, insurance and permits. | | | | | | | |
| **Totals: General Conditions** | | | **0.00** | **0.00** | **32,000.00** | **0.00** | **32,000.00** |

## Mitigation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 2. Heritage Roofing Invoice for Emergency Repairs | 1.00 EA | 51,188.16 | 0.00 | 0.00 | 51,188.16 | (0.00) | 51,188.16 |
| Prior agreement with VeriClaim adjuster. | | | | | | | |
| **Totals: Mitigation** | | | **0.00** | **0.00** | **51,188.16** | **0.00** | **51,188.16** |

## Equipment Needs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 3. Crane and operator - 14 ton capacity - 65' extension boom | 40.00 HR | 162.07 | 0.00 | 1,296.56 | 7,779.36 | (0.00) | 7,779.36 |
| 4. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 517.13 | 0.00 | 103.42 | 620.55 | (0.00) | 620.55 |
| 5. Debris chute - per week - 30" x 4' section | 20.00 WK | 15.60 | 0.00 | 62.40 | 374.40 | (0.00) | 374.40 |
| **Totals: Equipment Needs** | | | **0.00** | **1,462.38** | **8,774.31** | **0.00** | **8,774.31** |

## Labor Needs

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 6. Labor- Detach & Reset Telecom Roofing Equipment (Bid Item) | 2.00 EA | 12,100.00 | 759.03 | 4,991.80 | 29,950.83 | (0.00) | 29,950.83 |
| Labor to remove and replace T-Mobile and Sprint Telecom equipment during roofing replacement. | | | | | | | |

**Claim Solutions**

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

**CONTINUED - Labor Needs**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Labor Needs** | | | **759.03** | **4,991.80** | **29,950.83** | **0.00** | **29,950.83** |

**Upper Flat Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 7. R&R Fiberboard - 1/2" | 5,968.00 SF | 1.20 | 118.70 | 1,456.06 | 8,736.36 | (2,506.23) | 6,230.13 |
| 8. Remove Single ply membrane - Fully adhered system - 60 mil | 59.68 SQ | 65.18 | 0.00 | 777.98 | 4,667.92 | (0.00) | 4,667.92 |
| Removal of flat roofing membrane | | | | | | | |
| 9. Remove Insulation - ISO board, 1 1/2" | 59.68 SQ | 34.30 | 0.00 | 409.40 | 2,456.42 | (0.00) | 2,456.42 |
| 10. Remove Built-up 3 ply roofing - in place | 59.68 SQ | 49.54 | 0.00 | 591.32 | 3,547.87 | (0.00) | 3,547.87 |
| 11. Single ply membrane - Fully adhered system - 60 mil | 59.68 SQ | 416.61 | 825.03 | 5,137.66 | 30,825.97 | (7,706.49) | 23,119.48 |
| **The following items are for replacement of the flat roofing, with ISO to code.** | | | | | | | |
| 12. Insulation - ISO board, 2" | 119.36 SQ | 238.95 | 997.66 | 5,903.76 | 35,422.49 | (8,855.62) | 26,566.87 |
| Additional ISO required for Denver Building Dept insulation code. 2" ISO x 2. | | | | | | | |
| 13. R&R Curb flashing - PVC/TPO | 45.00 LF | 18.66 | 31.77 | 174.30 | 1,045.77 | (0.00) | 1,045.77 |
| 14. Roof drain cover - Detach & reset | 4.00 EA | 41.39 | 0.00 | 33.12 | 198.68 | (0.00) | 198.68 |
| 15. Crane and operator - 50 ton capacity | 20.00 HR | 180.00 | 0.00 | 720.00 | 4,320.00 | (0.00) | 4,320.00 |
| Crane for roof top delivery of materials | | | | | | | |
| 16. Remove Additional charge for high roof (2 stories or greater) | 59.68 SQ | 4.86 | 0.00 | 58.00 | 348.04 | (0.00) | 348.04 |
| 17. Additional charge for high roof (2 stories or greater) | 59.68 SQ | 16.59 | 0.00 | 198.02 | 1,188.11 | (0.00) | 1,188.11 |
| 18. R&R Drip edge/gutter apron | 248.00 LF | 2.38 | 13.85 | 120.82 | 724.91 | (267.33) | 457.58 |
| 19. Roof top boiler plate- Per JS Held | 1.00 EA | 1,750.00 | 54.89 | 360.98 | 2,165.87 | (902.45) | 1,263.42 |
| 20. R&R Flat roof exhaust vent / cap - gooseneck 8" | 11.00 EA | 77.62 | 22.72 | 175.30 | 1,051.84 | (395.87) | 655.97 |
| 21. Roofing - walkway boards | 748.00 SF | 3.68 | 76.68 | 565.86 | 3,395.18 | (0.00) | 3,395.18 |
| 22. R&R Drip edge - PVC/TPO clad metal with cleat | 53.00 LF | 12.26 | 40.46 | 138.04 | 828.28 | (0.00) | 828.28 |
| Drip edge/PVC tie in on South boarder with gutter. | | | | | | | |
| **Totals: Upper Flat Roof** | | | **2,181.76** | **16,820.62** | **100,923.71** | **20,633.99** | **80,289.72** |

**Claim Solutions**

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

**Lower Flat Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 23. R&R Single ply membrane - Fully adhered system - 60 mil | 28.54 SQ | 480.69 | 394.55 | 2,822.70 | 16,936.15 | (0.00) | 16,936.15 |
| 24. R&R Fiberboard - 1/2" | 2,854.00 SF | 1.20 | 56.77 | 696.32 | 4,177.89 | (0.00) | 4,177.89 |
| 25. Remove Insulation - ISO board, 1 1/2" | 28.54 SQ | 34.70 | 0.00 | 198.06 | 1,188.40 | (0.00) | 1,188.40 |
| 26. Insulation - ISO board, 2" | 57.08 SQ | 238.95 | 477.10 | 2,823.28 | 16,939.65 | (0.00) | 16,939.65 |
| 4" ISO required by Denver for insulation code, 2" iso x 2. | | | | | | | |
| 27. Remove Additional charge for high roof (2 stories or greater) | 28.54 SQ | 4.86 | 0.00 | 27.74 | 166.44 | (0.00) | 166.44 |
| 28. Additional charge for high roof (2 stories or greater) | 28.54 SQ | 16.59 | 0.00 | 94.70 | 568.18 | (0.00) | 568.18 |
| 29. Roof drain cover - Detach & reset | 2.00 EA | 41.14 | 0.00 | 16.46 | 98.74 | (0.00) | 98.74 |
| 30. R&R Drip edge/gutter apron | 263.00 LF | 2.38 | 14.69 | 128.12 | 768.75 | (0.00) | 768.75 |
| 31. R&R Exhaust cap - through flat roof | 7.00 EA | 111.88 | 37.73 | 164.18 | 985.07 | (0.00) | 985.07 |
| 32. Roofing - walkway boards | 789.00 SF | 3.68 | 80.88 | 596.88 | 3,581.28 | (0.00) | 3,581.28 |
| **Totals: Lower Flat Roof** | | | **1,061.72** | **7,568.44** | **45,410.55** | **0.00** | **45,410.55** |

**Mansard Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **The following line items are for the shingled side of the mansard roof.** | | | | | | | |
| 33. Remove Laminated - comp. shingle rfg. - w/ felt | 40.13 SQ | 51.30 | 0.00 | 411.74 | 2,470.41 | (0.00) | 2,470.41 |
| 34. Remove Additional charge for high roof (2 stories or greater) | 40.13 SQ | 4.86 | 0.00 | 39.00 | 234.03 | (0.00) | 234.03 |
| 35. Additional charge for high roof (2 stories or greater) | 40.13 SQ | 16.59 | 0.00 | 133.16 | 798.92 | (0.00) | 798.92 |
| 36. Remove Additional charge for steep roof greater than 12/12 slope | 0.00 SQ | 23.39 | 0.00 | 0.00 | 0.00 | (0.00) | 0.00 |
| 37. Remove Additional charge for steep roof greater than 12/12 slope | 40.13 SQ | 23.39 | 0.00 | 187.72 | 1,126.36 | (0.00) | 1,126.36 |
| 38. Additional charge for steep roof greater than 12/12 slope | 40.13 SQ | 74.63 | 0.00 | 598.98 | 3,593.88 | (0.00) | 3,593.88 |
| 39. R&R Valley metal | 115.00 LF | 5.09 | 14.08 | 119.90 | 719.33 | (0.00) | 719.33 |
| 40. R&R Drip edge | 602.00 LF | 2.26 | 29.47 | 278.02 | 1,668.01 | (0.00) | 1,668.01 |
| 41. R&R Cap flashing - large | 192.00 LF | 23.80 | 237.50 | 961.42 | 5,768.52 | (0.00) | 5,768.52 |
| 5/11/2017 - See image, IMG_5344, in the Images section of this report. Custom made cap flashing only on lower roof cap. | | | | | | | |
| 42. R&R Ridge cap - composition shingles | 359.00 LF | 6.01 | 28.56 | 437.24 | 2,623.39 | (0.00) | 2,623.39 |
| Ridge cap shingles only on upper roof parapet cap. | | | | | | | |
| 43. Ice & water shield | 4,013.00 SF | 1.65 | 119.73 | 1,348.24 | 8,089.42 | (0.00) | 8,089.42 |

**Claim Solutions**

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

**CONTINUED - Mansard Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **The following line items are for the interior mansard roof-membrane side** | | | | | | | |
| 44. R&R Built-up 3 ply roofing - in place | 34.32 SQ | 342.62 | 242.75 | 2,400.32 | 14,401.79 | (0.00) | 14,401.79 |
| 45. Remove Additional charge for high roof (2 stories or greater) | 34.20 SQ | 4.86 | 0.00 | 33.24 | 199.45 | (0.00) | 199.45 |
| 46. Additional charge for high roof (2 stories or greater) | 34.20 SQ | 16.59 | 0.00 | 113.48 | 680.86 | (0.00) | 680.86 |
| **Totals: Mansard Roof** | | | **672.09** | **7,062.46** | **42,374.37** | **0.00** | **42,374.37** |

**Exterior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 47. R&R Gutter / downspout - aluminum - up to 5" | 600.00 LF | 5.79 | 95.47 | 713.90 | 4,283.37 | (0.00) | 4,283.37 |
| 48. R&R Wood window - double hung, 9-12 sf | 13.00 EA | 553.27 | 433.36 | 1,525.18 | 9,151.05 | (0.00) | 9,151.05 |
| 49. Add. charge for a retrofit window, 12-23 sf - difficult | 13.00 EA | 186.13 | 14.35 | 486.82 | 2,920.86 | (0.00) | 2,920.86 |
| 50. R&R Window screen, 10 - 16 SF | 14.00 EA | 51.68 | 47.66 | 154.26 | 925.44 | (0.00) | 925.44 |
| 51. Drywall - General Laborer - per hour | 10.00 HR | 42.50 | 0.00 | 85.00 | 510.00 | (0.00) | 510.00 |
| Interior repair after window replacement. | | | | | | | |
| **Totals: Exterior** | | | **590.84** | **2,965.16** | **17,790.72** | **0.00** | **17,790.72** |

**Interior**

**5th Floor Hall**

**5th Floor Hall**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 52. R&R 1/2" acoustic drywall - hung, taped, ready for texture | 220.00 SF | 3.97 | 35.34 | 181.74 | 1,090.48 | (0.00) | 1,090.48 |
| 53. R&R Acoustic ceiling (popcorn) texture | 220.00 SF | 1.11 | 1.01 | 49.04 | 294.25 | (0.00) | 294.25 |
| 54. Paint surfaces with elastomeric wall covering paint | 640.00 SF | 0.76 | 15.18 | 100.32 | 601.90 | (0.00) | 601.90 |
| 55. Mask wall - plastic, paper, tape (per LF) | 250.00 LF | 0.97 | 4.40 | 49.38 | 296.28 | (0.00) | 296.28 |

**Claim Solutions**

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

**CONTINUED - 5th Floor Hall**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 56. R&R Blown-in insulation - 12" depth - R30 | 220.00 SF | 1.76 | 10.10 | 79.46 | 476.76 | (0.00) | 476.76 |
| 57. Seal/prime then paint the surface area (2 coats) | 220.00 SF | 0.73 | 2.52 | 32.62 | 195.74 | (0.00) | 195.74 |
| **Total: 5th Floor Hall** | | | **68.55** | **492.56** | **2,955.41** | **0.00** | **2,955.41** |

**Abatement**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 58. Hazardous Material Remediation (Bid Item) | 1.00 EA | 4,382.40 | 0.00 | 0.00 | 4,382.40 | (0.00) | 4,382.40 |
| **Totals: Abatement** | | | **0.00** | **0.00** | **4,382.40** | **0.00** | **4,382.40** |
| **Total: 5th Floor Hall** | | | **68.55** | **492.56** | **7,337.81** | **0.00** | **7,337.81** |

**6th Floor Hallway**

**6th Floor Hallway**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 59. R&R 1/2" acoustic drywall - hung, taped, ready for texture | 220.00 SF | 3.97 | 35.34 | 181.74 | 1,090.48 | (0.00) | 1,090.48 |
| 60. R&R Acoustic ceiling (popcorn) texture | 220.00 SF | 1.11 | 1.01 | 49.04 | 294.25 | (0.00) | 294.25 |
| 61. Paint surfaces with elastomeric wall covering paint | 640.00 SF | 0.76 | 15.18 | 100.32 | 601.90 | (0.00) | 601.90 |
| 62. Mask wall - plastic, paper, tape (per LF) | 250.00 LF | 0.97 | 4.40 | 49.38 | 296.28 | (0.00) | 296.28 |
| 63. R&R Blown-in insulation - 12" depth - R30 | 220.00 SF | 1.76 | 10.10 | 79.46 | 476.76 | (0.00) | 476.76 |
| 64. Seal/prime then paint the surface area (2 coats) | 220.00 SF | 0.73 | 2.52 | 32.62 | 195.74 | (0.00) | 195.74 |
| 65. Detach & Reset Light fixture | 3.00 EA | 43.11 | 0.00 | 25.86 | 155.19 | (0.00) | 155.19 |
| 66. Detach & Reset Recessed light fixture | 4.00 EA | 91.11 | 0.00 | 72.88 | 437.32 | (0.00) | 437.32 |
| **Total: 6th Floor Hallway** | | | **68.55** | **591.30** | **3,547.92** | **0.00** | **3,547.92** |

## Claim Solutions

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

### Abatement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 67. Hazardous Material Remediation (Bid Item) | 1.00 EA | 4,382.40 | 0.00 | 0.00 | 4,382.40 | (0.00) | 4,382.40 |
| **Totals: Abatement** | | | **0.00** | **0.00** | **4,382.40** | **0.00** | **4,382.40** |
| **Total: 6th Floor Hallway** | | | **68.55** | **591.30** | **7,930.32** | **0.00** | **7,930.32** |

### Unit 605

**Unit 605**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 68. R&R 1/2" acoustic drywall - hung, taped, ready for texture | 600.00 SF | 3.97 | 96.39 | 495.68 | 2,974.07 | (0.00) | 2,974.07 |
| 69. Paint surfaces with elastomeric wall covering paint | 1,200.00 SF | 0.76 | 28.46 | 188.10 | 1,128.56 | (0.00) | 1,128.56 |
| 70. Mask wall - plastic, paper, tape (per LF) | 250.00 LF | 0.97 | 4.40 | 49.38 | 296.28 | (0.00) | 296.28 |
| 71. R&R Blown-in insulation - 12" depth - R30 | 600.00 SF | 1.76 | 27.54 | 216.70 | 1,300.24 | (0.00) | 1,300.24 |
| 72. Seal/prime then paint the surface area (2 coats) | 1,200.00 SF | 0.73 | 13.77 | 177.96 | 1,067.73 | (0.00) | 1,067.73 |
| **Total: Unit 605** | | | **170.56** | **1,127.82** | **6,766.88** | **0.00** | **6,766.88** |

### Abatement

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 73. Hazardous Material Remediation (Bid Item) | 1.00 EA | 4,382.40 | 0.00 | 0.00 | 4,382.40 | (0.00) | 4,382.40 |
| **Totals: Abatement** | | | **0.00** | **0.00** | **4,382.40** | **0.00** | **4,382.40** |
| **Total: Unit 605** | | | **170.56** | **1,127.82** | **11,149.28** | **0.00** | **11,149.28** |

### Unit 606

**Unit 606**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 74. R&R 1/2" acoustic drywall - hung, taped, ready for texture | 465.00 SF | 3.97 | 74.70 | 384.16 | 2,304.91 | (0.00) | 2,304.91 |

**Claim Solutions**

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

**CONTINUED - Unit 606**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 75. Paint surfaces with elastomeric wall covering paint | 930.00 SF | 0.76 | 22.05 | 145.78 | 874.63 | (0.00) | 874.63 |
| 76. Mask wall - plastic, paper, tape (per LF) | 250.00 LF | 0.97 | 4.40 | 49.38 | 296.28 | (0.00) | 296.28 |
| 77. R&R Blown-in insulation - 12" depth - R30 | 465.00 SF | 1.76 | 21.34 | 167.94 | 1,007.68 | (0.00) | 1,007.68 |
| 78. Seal/prime then paint the surface area (2 coats) | 930.00 SF | 0.73 | 10.67 | 137.92 | 827.49 | (0.00) | 827.49 |
| **Total: Unit 606** | | | **133.16** | **885.18** | **5,310.99** | **0.00** | **5,310.99** |

**Abatement**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 79. Hazardous Material Remediation (Bid Item) | 1.00 EA | 4,382.40 | 0.00 | 0.00 | 4,382.40 | (0.00) | 4,382.40 |
| **Totals: Abatement** | | | **0.00** | **0.00** | **4,382.40** | **0.00** | **4,382.40** |
| **Total: Unit 606** | | | **133.16** | **885.18** | **9,693.39** | **0.00** | **9,693.39** |
| **Total: Interior** | | | **440.82** | **3,096.86** | **36,110.80** | **0.00** | **36,110.80** |
| **Line Item Totals: LAKE_PARK_2017** | | | **5,706.26** | **43,967.72** | **364,523.45** | **20,633.99** | **343,889.46** |

**Claim Solutions**

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 314,849.47 |
| Material Sales Tax | 5,706.26 |
| Subtotal | 320,555.73 |
| Overhead | 21,983.86 |
| Profit | 21,983.86 |
| **Replacement Cost Value** | **$364,523.45** |
| Less Depreciation | (20,633.99) |
| **Actual Cash Value** | **$343,889.46** |
| **Net Claim** | **$343,889.46** |
| Total Recoverable Depreciation | 20,633.99 |
| **Net Claim if Depreciation is Recovered** | **$364,523.45** |

Scott Benglen

## Claim Solutions

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7.65%) | Manuf. Home Tax (7.65%) | Storage Rental Tax (7.65%) | Local Food Tax (4.75%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 21,983.86 | 21,983.86 | 5,706.26 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **21,983.86** | **21,983.86** | **5,706.26** | **0.00** | **0.00** | **0.00** |

**Claim Solutions**

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

## Recap by Room

**Estimate: LAKE_PARK_2017**

| | | |
|---|---|---|
| **General Conditions** | **32,000.00** | **10.16%** |
| **Mitigation** | **51,188.16** | **16.26%** |
| **Equipment Needs** | **7,311.93** | **2.32%** |
| **Labor Needs** | **24,200.00** | **7.69%** |
| **Upper Flat Roof** | **81,921.33** | **26.02%** |
| **Lower Flat Roof** | **36,780.39** | **11.68%** |
| **Mansard Roof** | **34,639.82** | **11.00%** |
| **Exterior** | **14,234.72** | **4.52%** |
| **Area: Interior** | | |
| **Area: 5th Floor Hall** | **2,394.30** | **0.76%** |
| **Abatement** | **4,382.40** | **1.39%** |
| **Area Subtotal: 5th Floor Hall** | **6,776.70** | **2.15%** |
| **Area: 6th Floor Hallway** | **2,888.07** | **0.92%** |
| **Abatement** | **4,382.40** | **1.39%** |
| **Area Subtotal: 6th Floor Hallway** | **7,270.47** | **2.31%** |
| **Area: Unit 605** | **5,468.50** | **1.74%** |
| **Abatement** | **4,382.40** | **1.39%** |
| **Area Subtotal: Unit 605** | **9,850.90** | **3.13%** |
| **Area: Unit 606** | **4,292.65** | **1.36%** |
| **Abatement** | **4,382.40** | **1.39%** |
| **Area Subtotal: Unit 606** | **8,675.05** | **2.76%** |
| **Area Subtotal: Interior** | **32,573.12** | **10.35%** |
| **Subtotal of Areas** | **314,849.47** | **100.00%** |
| **Total** | **314,849.47** | **100.00%** |

**Claim Solutions**

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com

## Recap by Category with Depreciation

| O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| ACCESSORIES - MOBILE HOME | 24,200.00 | | 24,200.00 |
| GENERAL DEMOLITION | 25,616.23 | | 25,616.23 |
| DRYWALL | 7,144.85 | | 7,144.85 |
| HEAVY EQUIPMENT | 10,082.80 | | 10,082.80 |
| INSULATION | 1,384.60 | | 1,384.60 |
| LIGHT FIXTURES | 493.77 | | 493.77 |
| PAINTING | 4,467.70 | | 4,467.70 |
| ROOFING | 127,613.18 | 19,982.09 | 107,631.09 |
| SOFFIT, FASCIA, & GUTTER | 3,216.00 | | 3,216.00 |
| WINDOWS - ALUMINUM | 2,419.69 | | 2,419.69 |
| WINDOW REGLAZING & REPAIR | 678.16 | | 678.16 |
| WINDOWS - WOOD | 6,814.73 | | 6,814.73 |
| O&P Items Subtotal | 214,131.71 | 19,982.09 | 194,149.62 |

| Non-O&P Items | RCV | Deprec. | ACV |
|---|---|---|---|
| ACCESSORIES - MOBILE HOME | 51,188.16 | | 51,188.16 |
| HAZARDOUS MATERIAL REMEDIATION | 17,529.60 | | 17,529.60 |
| TEMPORARY REPAIRS | 32,000.00 | | 32,000.00 |
| Non-O&P Items Subtotal | 100,717.76 | 0.00 | 100,717.76 |
| O&P Items Subtotal | 214,131.71 | 19,982.09 | 194,149.62 |
| Material Sales Tax | 5,706.26 | 651.90 | 5,054.36 |
| Overhead | 21,983.86 | | 21,983.86 |
| Profit | 21,983.86 | | 21,983.86 |
| Total | 364,523.45 | 20,633.99 | 343,889.46 |

## Claim Solutions

Claim Solutions, LLC
20775 Parker Vista Court
Parker, CO 80138
(303) 596-6043
sbenglen@gmail.com



1 IMG_5344 Date Taken: 5/11/2017

Custom made cap flashing only on lower roof cap.