cjw associates
a sedgwick company
*The Art of Adjusting™*
1420 Edgewater Drive, Suite 200
Orlando, Florida 32804
Ph: 407-849-0044
Fax: 407-849-6710
Email: tpaclaims@cjw-assoc.com
Website: www.cjw-assoc.com

May 10, 2017

Advanced E&S of Florida
3250 North 29th Ave.
Hollywood, FL 33020

Attn: Steve Greenberg
sgreenberg@advancedesgroup.com

| | | |
|---|---|---|
| Re: | Insured: | LAKE PARK CONDOMINIUM ASSOC INC |
| | Your Claim #: | |
| | Policy #: | LSP1000270 |
| | Date of Loss: | 05/08/2017 |
| | CJW File #: | 4138902 |
| | Account Manager: | Richard Walsh |
| | Email Address: | RichardWalsh@cjw-assoc.com |
| | Phone Number: | 813-695-3601 |
| | Location: | 3047 W 47th Ave. Denver, CO 80211 |
| | Loss Code: | WIND & HAIL |

This will acknowledge receipt of the above referenced assignment. The loss was reported as "Hail dmg to roofs broken windows". Please note that we have assigned your claim to the aforementioned Account Manager. This Account Manager will be your point of contact regarding information on this claim. As they are your handling Account Manager, they will be the most knowledgeable person concerning claim status and be able to provide you the claim details you require. Their direct dial phone number is referenced above.

If you have any additional information or documentation pertaining to this claim, or wish to get in contact with the Account Manager regarding a claim specific question, please email them at TPAclaims@CJW-assoc.com and reference the CJW File number in the subject.

Thank you for this assignment.

Kind Regards,

CJW TPA Claims Team
TPAclaims@CJW-assoc.com

Exhibit 2