cjw associates
a sedgwick company
*The Art of Adjusting™*
1420 Edgewater Drive, Suite 200
Orlando, Florida 32804
Ph: 407-849-0044
Fax: 407-849-6710
Email: tpaclaims@cjw-assoc.com
Website: www.cjw-assoc.com

# NEW LOSS ASSIGNMENT
## Please confirm receipt of this assignment

May 10, 2017

To: VeriClaim, Inc.
Email: cjwclaim@vericlaiminc.com

From: Zamal Dwarka for Richard Walsh
Account Manager
407-951-0988

Bill to: Certain Underwriters at Lloyd's, London
c/o CJW & Associates
1420 Edgewater Dr.
Orlando, FL 32804

Re:
CJW File #: 4138902
Coverholder Advanced E&S of Florida
Insured: LAKE PARK CONDOMINIUM ASSOC INC
Loss Location: 3047 W 47th Ave. Denver, CO 80211
Date of Loss: 05/08/2017
Policy #: LSP1000270

***************** **REPORT TO – TPAclaims@CJW-assoc.com** ****************

**Special Instructions:** Please review Policy/Forms and contact TPA with any questions. Confirm loss location/cause and date of loss. Weather report. Secure invoice receipt, AOB etc. Confirm mortgage. Advise if expert is needed. Address subro if applies and secure the relevant documents. Inspect and take proper photos of the entire property documenting all the damage. Thank you.



Exhibit 3

# CJW - Property Field Adjuster Instructions

**As a partner with us in our mission to deliver a professional product of the highest possible quality, and insure promptness and efficiency, we must require full compliance with the following instructions, structured for excellence**

**REPORTING REQUIREMENTS**

- Report to TPA - NEVER report to, or seek authority from, the Insurer / Broker / Coverholder / Underwriter
- Include in the subject line of all emails: CJW File Number, Insured Name and a comment outlining the content of the message such as; Reserve Notice, First Report, or Settlement Request, whatever will alert us to know the purpose of your message.
- Send acknowledgment to **TPAclaims@CJW-assoc.com** within 24 hours.
- Report Inspection Details within 72 Hour of inspection to **TPAclaims@CJW-assoc.com**
  - Inspection date, Parties present, Cause of loss, Reserves, Mortgage confirmation, Etc.
    **Immediate phone notification of unusual loss circumstances or large loss**
- 10 Day Initial Report to **TPAclaims@CJW-assoc.com**
- Subsequent / Status reports due every 28 days to **TPAclaims@CJW-assoc.com**
- Reports and enclosures should be packaged into one PDF

**ADJUSTING STANDARDS**

- Account manager must approve any drive time that exceeds two (2) hours.
- 24 Hour Contact with the insured.
- 48 Hour Inspection. Advise Account Manager immediately if the insured is not cooperating.
- A detailed, computer generated, RCV & ACV estimate with line item depreciation is required
  - Lump Sums / Multiple Min Charges / Adjusted Base Unit Costs are UNACCEPTABLE
- Statement of Loss documenting undisputed or agreed repair cost is required.
  - Identify by name in your report the person with whom agreement was reached.
- Provide Building RCV/ACV valuation. Determine compliance with Co-Insurance/ RC provisions.
- Provide a detailed diagram and identify the location and source of the damage.
- Provide sufficient color photos to document damaged and non-damaged areas.
  - Do NOT charge for photos
- Recorded statements are required on all SUSPICIOUS / COMPLEX / LARGE fire and theft losses.
- Identify any salvage or subrogation opportunities with rationale, and protect all recovery rights.
- The cause of loss must be thoroughly INVESTIGATED, DOCUMENTED, and DETERMINED.
- Discuss / suggest additional investigation with the Account Manager, and make recommendations.
- Verify accuracy of mortgage info with policyholder and state what you have verified in your report.

**FIELD ADJUSTER DOES NOT HAVE SETTLEMENT AUTHORITY**

- NEVER contact the Carrier / Agent / Coverholder / Broker / Underwriter
- DO NOT settle or deny any claim. All authority lies with the Account Manager
- DO NOT prepare - Proofs of Loss or Releases
- DO NOT prepare - Denials / Reservation of Rights / Less Than Deductible Letters
- DO NOT retain - Experts or contractors without Account Manager authority
- DO NOT provide the insured or agent with settlement, payment or reporting time frames
- Refer ALL settlement, payment or reporting questions to the Account Manager

# CJW - Property Field Adjuster Instructions

cjw associates
a sedgwick company
*The Art of Adjusting*™
1420 Edgewater Drive, Suite 200
Orlando, Florida 32804
Ph: 407-849-0044
Fax: 407-849-6710
Email: tpaclaims@cjw-assoc.com
Website: www.cjw-assoc.com

## TREATING CUSTOMERS FAIRLY POLICY

1) Upon receipt of a claim contact policyholder promptly to set appointment for inspection

2) Advise policyholder of claim process

3) Make policyholder aware of any information needed of which is necessary to process claim

4) Undertake a fair and unbiased investigation of the policyholder's claim

5) Promptly acknowledge and act upon any communications with respect to a claim

6) Make a fair and equitable offer of settlement or denial of a claim only after a complete and proper investigation of the claim based upon all information available

7) Promptly acknowledge any complaint be it written or oral. Investigate and answer within appropriate time frame in the given venue. Follow CJW complaint procedures.

8) Escalation of complaint to senior management if needed.