JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244

| | | | |
|---|---|---|---|
| Insured: | Lake Park Condos HOA | Business: | (303) 433-2325 |
| Property: | 3047 W 47th AVE<br>Denver, CO 80211 | | |
| Claim Rep.: | Byron Gilchrest | Cellular: | (254) 760-5411 |
| Company: | VeriClaim Inc | E-mail: | bgilchrest@vericlaiminc.com |
| Business: | PO Box 261<br>Temple, TX 76503 | | |
| Estimator: | John Critch | Cellular: | (469) 766-4257 |
| Position: | Director | E-mail: | jcritch@jsheld.com |
| Company: | J.S. Held | | |
| Business: | 13612 Midway Rd, Suite 608<br>Dallas, TX 75224 | | |

**Claim Number:** 4138902 **Policy Number:** LSP1000270 **Type of Loss:** Hail

| | | | |
|---|---|---|---|
| Date Contacted: | 7/10/2017 | | |
| Date of Loss: | 5/8/2017 | Date Received: | 7/9/2017 |
| Date Inspected: | 7/13/2017 | Date Entered: | 7/19/2017 |

| | |
|---|---|
| Price List: | CODE8X_JUL17<br>Restoration/Service/Remodel |
| Estimate: | 2017-08-07-1409793 |

Exhibit 4

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244

J.S. Held Job #1409793

This estimate is based on a site inspections performed by Shawn Bailey and John Critch of J.S. Held, LLC on July 13, 2017 and July 14, 2017. This opinion of probable cost is based on the level of detail of "as-built" conditions provided to us by site inspections. We have not been provided any plans for this building. An inspection of the roof and surrounding areas was performed to discuss, identify and assess damages associated with the hail storm.

J.S. Held's inspection was completed to assess, document, measure and scope damages in order to prepare a repair estimate for hail related damages.

General Building Description: Lake Park Condos was completed in the early 1970's in Denver's booming Berkeley neighborhood, within walking distance to Rocky Mountain Lake Park, and a short drive or bike ride to the Highlands. The 5-6 story exterior consisted of a concrete slab foundation, with wall and roofing structures that were wood framed, non-fire resistive construction. Exterior walls were brick veneered with a non-fire resistive, wood joisted roofing system that consisted of 30-year, composite laminated asphalt shingles on one side and a TPO roofing membrane on the other. The remaining flat roofs were TPO membrane.

Cause of damage: Hail

Scope recap: Removal and replacement of the laminated composite shingled / TPO'd roofing systems to prevent further damage to the interior living spaces. Should the policy dictate that repairs for aesthetic reasons are allowed then the ancillary items noted in this estimate will need to be repaired or replaced in kind. The estimate does include code upgrades since the City of Denver, CO stated that they enforce the IECC 2015 edition.

This opinion reflects J.S. Held's assumption of the pre-loss configuration. The pricing contemplates the use of contemporary materials of "like, kind and quality". Furthermore, this evaluation is governed by the following assumptions and exclusions.

Assumptions:
- Access given by insured
- Field Measurements

Exclusions:
- Architectural and/or Engineering Fees
- Temporary repairs
- Project Management / Owner Representative Fees

This estimate is subject to review by the Insurance Carrier(s) per contract/policy terms and conditions.

J.S. Held recommends that all costs that are anticipated to be part of the claim are submitted for review prior to executing contracts. To the extent that repair costs proceed on a time and materials basis, we recommend that that the adjustment team monitor these repairs and that the insured keep appropriate records, sign in sheets and documentation of these repairs.

This document is prepared for the adjustment team. Reliance upon this document are for the sole use of the intended recipients. J.S. Held LLC reserves the right to change their opinion should further information become available following the preparation of this presentation.

**1409793**

**Mansard Roof**

**Shingled Side**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Remove Laminated - comp. shingle rfg. - w/ felt | 40.13 SQ @ | 51.30 = | 2,058.67 |
| Remove Additional charge for high roof (2 stories or greater) | 40.13 SQ @ | 4.86 = | 195.03 |
| Remove Additional charge for steep roof - 10/12 - 12/12 slope | 40.13 SQ @ | 18.84 = | 756.05 |
| Drip edge | 739.00 LF @ | 1.95 = | 1,441.05 |
| Valley metal | 105.00 LF @ | 4.58 = | 480.90 |
| Flashing, 14" wide | 207.00 LF @ | 3.22 = | 666.54 |
| Step flashing | 39.00 LF @ | 8.79 = | 342.81 |
| Ice & water shield | 4,013.00 SF @ | 1.65 = | 6,621.45 |
| Asphalt starter - laminated double layer starter | 739.00 LF @ | 4.44 = | 3,281.16 |
| Laminated - comp. shingle rfg. - w/ felt | 46.33 SQ @ | 228.59 = | 10,590.57 |
| Additional charge for steep roof - 10/12 - 12/12 slope | 40.13 SQ @ | 59.02 = | 2,368.47 |
| Additional charge for high roof (2 stories or greater) | 40.13 SQ @ | 16.59 = | 665.76 |
| Ridge cap - composition shingles | 608.00 LF @ | 3.72 = | 2,261.76 |

**Membrane Side**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Remove Flash parapet wall only - PVC/TPO | 608.00 LF @ | 1.72 = | 1,045.76 |
| Flash parapet wall only - PVC/TPO | 608.00 LF @ | 13.14 = | 7,989.12 |
| Material Only Flash parapet wall only - PVC/TPO | 121.60 LF @ | 4.34 = | 527.74 |
| * +20% for additional materials only due to taller than normal height of the parapet walls. | | | |

**Equipment Needs**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Boom lift - 50'-60' reach | 10.00 DA @ | 385.00 = | 3,850.00 |
| Debris chute w/ hopper - upto 100 lf (Bid Item) | 1.00 EA @ | 1,250.00 = | 1,250.00 |
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 1.00 EA @ | 662.39 = | 662.39 |

**Flat Roof**

**Upper Roof Section**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Remove Single ply membrane - Fully adhered system - 60 mil | 59.68 SQ @ | 65.51 = | 3,909.64 |
| Remove Fiberboard - 1/2" | 5,968.00 SF @ | 0.38 = | 2,267.84 |
| Remove Insulation - ISO board, 1 1/2" | 59.68 SQ @ | 34.70 = | 2,070.90 |
| Remove Built-up 3 ply roofing - in place | 59.68 SQ @ | 49.76 = | 2,969.68 |
| Remove Additional charge for high roof (2 stories or greater) | 59.68 SQ @ | 4.86 = | 290.04 |
| Insulation - ISO board, 1 1/2" | 59.68 SQ @ | 196.76 = | 11,742.64 |
| Fiberboard - 1/2" | 5,968.00 SF @ | 0.82 = | 4,893.76 |
| Single ply membrane - Fully adhered system - 60 mil | 59.68 SQ @ | 415.18 = | 24,777.94 |
| Additional charge for high roof (2 stories or greater) | 59.68 SQ @ | 16.59 = | 990.09 |
| Roof drain cover - Detach & reset | 3.00 EA @ | 41.14 = | 123.42 |
| Drip edge/gutter apron | 248.00 LF @ | 2.10 = | 520.80 |
| Flat roof exhaust vent / cap - gooseneck 8" | 8.00 EA @ | 69.91 = | 559.28 |
| Flat roof exhaust vent / cap - gooseneck 12" | 3.00 EA @ | 80.91 = | 242.73 |
| Roofing - walkway boards | 748.00 SF @ | 3.68 = | 2,752.64 |
| Roofing Supports | 56.00 EA @ | 31.25 = | 1,750.00 |
| * Stanchions for the Verizon cable tray that need to be replaced and set properly on new roofing membrane. | | | |
| Roof Top Boiler Flue | 1.00 EA @ | 1,750.00 = | 1,750.00 |
| * 36" x 12' Galvanized sheet metal boiler flue w/ cap, special order only. | | | |

**Lower Roof Section**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Remove Single ply membrane - Fully adhered system - 60 mil | 28.54 SQ @ | 65.51 = | 1,869.66 |
| Remove Fiberboard - 1/2" | 2,854.00 SF @ | 0.38 = | 1,084.52 |
| Remove Insulation - ISO board, 1 1/2" | 28.54 SQ @ | 34.70 = | 990.34 |
| Remove Additional charge for high roof (2 stories or greater) | 28.54 SQ @ | 4.86 = | 138.70 |
| Insulation - ISO board, 1 1/2" | 28.54 SQ @ | 196.76 = | 5,615.53 |
| Fiberboard - 1/2" | 2,854.00 SF @ | 0.82 = | 2,340.28 |
| Single ply membrane - Fully adhered system - 60 mil | 28.54 SQ @ | 415.18 = | 11,849.24 |
| Additional charge for high roof (2 stories or greater) | 28.54 SQ @ | 16.59 = | 473.48 |
| Roof drain cover - Detach & reset | 2.00 EA @ | 41.14 = | 82.28 |
| Drip edge/gutter apron | 263.00 LF @ | 2.10 = | 552.30 |
| Exhaust cap - through flat roof | 7.00 EA @ | 104.17 = | 729.19 |
| Roofing - walkway boards | 789.00 SF @ | 3.68 = | 2,903.52 |
| Roofing Supports | 15.00 EA @ | 31.25 = | 468.75 |
| * Stanchions for the Verizon cable tray that need to be replaced and set properly on new roofing membrane. | | | |

**Code Upgrade Requirements for Re-Roof**

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Insulation - ISO board, 2" | 88.22 SQ @ | 238.95 = | 21,080.17 |
| * Long Term Thermal Resistance (LTTR) or R-Value = 30 minimum for Zone 5B achieved using GAF ENERGYGUARD™ NH POLYISO INSULATION | | | |
| Insulation - ISO board, 2" | 88.22 SQ @ | 238.95 = | 21,080.17 |
| * Long Term Thermal Resistance (LTTR) or R-Value = 30 minimum for Zone 5B achieved using GAF ENERGYGUARD™ NH POLYISO INSULATION | | | |

**Equipment Needs**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Crane and operator - 50 ton capacity | 120.00 HR @ | 180.00 = | 21,600.00 |
| * To be used for material delivery to high point on roof. Also provides necessary lifting capabilities for spread bar rigging that will be used to support the Verizon equipment which is currently mounted to the parapet walls during new membrane installation / demo. By using this method there is no need to have Verizon remove and reset the entire equipment package. | | | |
| Dumpster load - Approx. 40 yards, 7-8 tons of debris | 2.00 EA @ | 662.39 = | 1,324.78 |

**Exterior**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| R&R Gutter / downspout - aluminum - up to 5" | 600.00 LF @ | 5.79 = | 3,474.00 |
| R&R Vinyl window - double hung, 9-12 sf | 13.00 EA @ | 263.84 = | 3,429.92 |
| R&R Window screen, 1 - 9 SF | 14.00 EA @ | 40.41 = | 565.74 |

**Interior 5th Floor (Hallway)**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| R&R 1/2" acoustic drywall - hung, taped, ready for texture | 220.00 SF @ | 3.97 = | 873.40 |
| Acoustic ceiling (popcorn) texture | 220.00 SF @ | 0.72 = | 158.40 |
| Seal/prime then paint the surface area (2 coats) | 220.00 SF @ | 0.73 = | 160.60 |
| Paint the surface area - two coats | 640.00 SF @ | 0.73 = | 467.20 |
| Blown-in insulation - 12" depth - R30 | 220.00 SF @ | 0.92 = | 202.40 |

**Interior 6th Floor (Hallway)**

**Interior 6th Floor (Hallway)**

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| R&R 1/2" acoustic drywall - hung, taped, ready for texture | 220.00 SF @ | 3.97 = | 873.40 |
| Acoustic ceiling (popcorn) texture | 220.00 SF @ | 0.72 = | 158.40 |
| Detach & Reset Recessed light fixture - Standard grade | 4.00 EA @ | 91.11 = | 364.44 |
| Light fixture - Detach & reset | 3.00 EA @ | 43.11 = | 129.33 |
| Seal/prime then paint the surface area (2 coats) | 220.00 SF @ | 0.73 = | 160.60 |
| Paint the surface area - two coats | 640.00 SF @ | 0.73 = | 467.20 |
| Blown-in insulation - 12" depth - R30 | 220.00 SF @ | 0.92 = | 202.40 |

**Unit 605**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 600.00 SF @ | 2.08 = | 1,248.00 |
| Blown-in insulation - 12" depth - R30 | 600.00 SF @ | 0.92 = | 552.00 |
| Texture drywall - light hand texture | 600.00 SF @ | 0.45 = | 270.00 |
| Seal/prime then paint the surface area (2 coats) | 600.00 SF @ | 0.73 = | 438.00 |
| Seal/prime then paint the surface area (2 coats) | 1,200.00 SF @ | 0.73 = | 876.00 |

**Unit 606**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 465.00 SF @ | 2.08 = | 967.20 |
| Blown-in insulation - 12" depth - R30 | 465.00 SF @ | 0.92 = | 427.80 |
| Texture drywall - light hand texture | 465.00 SF @ | 0.45 = | 209.25 |
| Seal/prime then paint the surface area (2 coats) | 465.00 SF @ | 0.73 = | 339.45 |
| Seal/prime then paint the surface area (2 coats) | 930.00 SF @ | 0.73 = | 678.90 |

**Unit 607**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| R&R Baseboard - 3 1/4" | 20.00 LF @ | 3.03 = | 60.60 |
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 465.00 SF @ | 2.08 = | 967.20 |
| R&R Laminate - simulated wood flooring | 120.00 SF @ | 6.52 = | 782.40 |
| Texture drywall - light hand texture | 465.00 SF @ | 0.45 = | 209.25 |
| Blown-in insulation - 12" depth - R30 | 465.00 SF @ | 0.92 = | 427.80 |
| Seal/prime then paint the surface area (2 coats) | 465.00 SF @ | 0.73 = | 339.45 |
| Seal/prime then paint the surface area (2 coats) | 930.00 SF @ | 0.73 = | 678.90 |

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244

**CONTINUED - Unit 607**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|

**Unit 608**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| R&R 1/2" drywall - hung, taped, floated, ready for paint | 465.00 SF @ | 2.08 = | 967.20 |
| Texture drywall - light hand texture | 465.00 SF @ | 0.45 = | 209.25 |
| R&R Ceiling fan & light - Standard grade | 2.00 EA @ | 247.97 = | 495.94 |
| Clean and deodorize carpet | 465.00 SF @ | 0.48 = | 223.20 |
| Blown-in insulation - 12" depth - R30 | 465.00 SF @ | 0.92 = | 427.80 |
| Seal/prime then paint the surface area (2 coats) | 465.00 SF @ | 0.73 = | 339.45 |
| Seal/prime then paint the surface area (2 coats) | 930.00 SF @ | 0.73 = | 678.90 |

**Labor Minimums Applied**

| DESCRIPTION | QTY | UNIT PRICE | TOTAL |
|---|---|---|---|
| Finish carpentry labor minimum | 1.00 EA @ | 127.84 = | 127.84 |

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244

## Summary for Dwelling

| | |
|---|---|
| Line Item Total | 227,478.75 |
| Material Sales Tax | 5,324.34 |
| Subtotal | 232,803.09 |
| Overhead | 23,280.36 |
| Profit | 23,280.36 |
| **Replacement Cost Value** | **$279,363.81** |
| Less Depreciation | (59,271.08) |
| **Actual Cash Value** | **$220,092.73** |
| **Net Claim** | **$220,092.73** |
| Total Recoverable Depreciation | 59,271.08 |
| **Net Claim if Depreciation is Recovered** | **$279,363.81** |

John Critch
Director

JS|HELD **Attachment A - Detailed Estimate of Damages**

13612 Midway Rd, Suite 608, Dallas, TX 75244

## Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (7.65%) | Manuf. Home Tax (7.65%) | Storage Rental Tax (7.65%) | Local Food Tax (4.75%) |
|---|---|---|---|---|---|---|
| **Line Items** | | | | | | |
| | 23,280.36 | 23,280.36 | 5,324.34 | 0.00 | 0.00 | 0.00 |
| **Total** | | | | | | |
| | **23,280.36** | **23,280.36** | **5,324.34** | **0.00** | **0.00** | **0.00** |