**Nathanael Archuleta**

**To:** Scott Benglen
**Subject:** RE: RE: Lake Park Condos: QCC17751340 CJW # 4138902

---------- Forwarded message ----------
**From:** Byron Gilchrest <bgilchrest@vericlaiminc.com>
**Date:** Dec 5, 2017, 1:30 PM -0700
**To:** Scott Benglen <sbenglen@gmail.com>
**Cc:** Walsh, Richard <richardwalsh@cjw-assoc.com>
**Subject:** RE: Lake Park Condos: QCC17751340 CJW # 4138902

Scott,

Attached is the latest approved estimate from JS Held, RCV $319,363.45, and ACV after deductible of $169,680.08. The prior estimate which shows approximately $73K for temp repairs was in error, and sent to the contactor for discussion purposes only, and was not an offer of settlement. The attached estimate is also extended, for discussion purposes only and not an offer of settlement. Release of the estimate is intended begin a discussion regarding scope and pricing.

Also note there is a portion of depreciation that is non recoverable, based on existing damage exclusion. It is my understanding that an advance of $50,000.00 was previously sent to the insured's attorney. Authority has been requested to issue an additional payment. Once authority is granted, the additional payment will represent the ACV amount, noted on the attached estimate, less the $50,000.00 advance. If approval is granted, the check will be forwarded to the insured's attorney.

If you have any questions, please feel free to contact me at 254 760-5411.

Thanks

*Byron Gilchrest*

**Regional General Adjuster**

vrs»vericlaim
a sedgwick company

Exhibit 6



Lake Park_000289